**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Malibu Media, LLC

                                              Plaintiff,

v.                                                   Case No.: 1:14–cv–00697
                                                         Honorable Edmond E. Chang

John Doe, subscriber assigned IP address 67.163.9.85

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 4, 2014:

      MINUTE entry before the Honorable Edmond E. Chang: Defendant Doe's motion to quash and protective order [13] is denied in large part, and granted in small part. The motion argues, without specific analysis of the particular complaint in this case, that the complaint is insufficient to state a claim against Doe and does not provide a basis to believe that discovery will identify the alleged infringer. But the complaint does adequately allege a claim for copyright infringement, in light of the allegations of what the investigator found analyzing the logs of the activity of the specified ISP address. And discovery will aid in identifying the Doe Defendant. It is true that one IP address might be used by multiple users in a particular residence, but obtaining the subscriber information is the first step in identifying who within the residence is the actual alleged infringer. There is no need for a complaint to identify the particular computer within a residence (another argument made by Plaintiff); discovery is needed to be more specific as to the individual defendant. The quash–aspect of the motion is denied. The request in the motion to proceed anonymously is allowed only for the motion itself; Plaintiff may amend the complaint to name the individual once Plaintiff has a good–faith, reasonable basis in law to do so. Plaintiff is alerted that it must have sufficient, pre–amendment information to satisfy a searching Rule 11 inquiry if it turns out that Plaintiff names the wrong individual in the lawsuit. So it is not in Plaintiff's interest to simply take the subscriber information and amend the complaint; Plaintiff ought to conduct more investigation before proposing an amended complaint. Mailed notice(slb, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.